UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT EBERWEIN, et al.,
Plaintiffs,

v.

UCSF PARNASSUS HOSPITAL, et al.,
Defendants.

Case No. 26-cv-10842-WHO

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 1, 6

On September 25, 2026, plaintiff Robert Eberwein filed a First Amended Complaint against defendants UCSF Parnassus Hospital and Shawn Boothe, asserting claims on behalf of himself and "Chaledeeannka Goyens and or anyone similarly situated." *See* Dkt. No. 6. While Goyens is listed as a plaintiff, she has not signed the Amended Complaint. *See id.* Nor did she sign the original complaint. *See* Dkt. No. 1.

Goyens is ORDERED TO SHOW CAUSE why she should not be dismissed from this case for failure to sign the Complaint. This Order to Show Cause can be terminated by Goyens filing an affidavit, with an ink signature, attesting that she agrees to the filing of the Complaint and her status as a plaintiff. If that affidavit is not filed within thirty (30) days of this Order, she will be dismissed as a plaintiff in this case for failure to prosecute. *See* Fed. R. Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: November 4, 2026

William H. Orrick
United States District Judge

United States District Court
Northern District of California